# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JANE DOE,**

       **Plaintiff,**

**-vs-**                                                     Case No. 6:10-cv-825-Orl-22DAB

**NATHANIEL FRY, NARJOA, LTD.,
MONIKER PRIVACY SERVICES, INC.,
WHOIS GUARD PROTECTED, WHOIS
PRIVACY PROTECTION SERVICE, INC.,
NETBILLING.COM, MONIKER
PRIVACY SERVICES, INC., JOHN DOES
1-500,**

       **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR PROTECTIVE ORDER (Doc. No. 2)**
>
> **FILED:**      May 21, 2010
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

The Plaintiff may prosecute this action anonymously. However, Plaintiff is required to **file under seal** her actual identifying information within 7 days of the date of this Order. The Clerk shall maintain the filing of identifying information under seal.

**DONE** and **ORDERED** in Orlando, Florida on May 24, 2010.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

-2-

Copies furnished to:

Counsel of Record