RETURN OF SERVICE

PERSON TO BE SERVED:                                RECEIPT NUMBER: 0003998-10

REGISTERED AGENT SOLUTIONS, INC.
365BILLING.COM - MONIKER PRIVACY SERVICES
155 OFFICE PLAZA DRIVE SUITE A

PLAINTIFF: JANE DOE
DEFENDANT: NATHENIEL FRY, ET AL
TYPE WRIT: SUMMONS
     COURT: US DISTRICT                              COURT DATE:
     CASE #: 10-875                                  COURT TIME:

Received the above-named writ on June 1, 2010, at 9:58 AM, and
SERVED / NONSERVED the same on the ____2____ day of _June_____,
20_10_, at _355_ AM / PM, in LEON County, Florida, as follows:

____ GOVERNMENTAL AGENCY / OFFICIAL / ASSOCIATION / CORPORATION
     By delivering a true copy of this writ together with a copy of the
     initial pleadings, if any, with the date and hour of service endorsed
     thereon by me to _____Lestee Ballard_____,
     as _____Adm Ast_____ of the within named Defendant
     to-wit: 365BILLING.COM - MONIKER PRIVACY SERVICES

____ NOT FOUND
     By returning said writ unserved for the reason that after due
     diligence to locate, the named person to-wit: _____
     could not be found in LEON County, Florida.

SERVICE COST: $40.00                                 LARRY CAMPBELL, SHERIFF
RM, CIVIL CLERK                                      LEON COUNTY, FLORIDA

   MAIL TO:                               BY: _____
                                          [ ] DEPUTY SHERIFF  [/] PROCESS SERVER
   COBB & COLE

   PO BOX 2491                                                       CAREY, V
   DAYTONA BEACH, FL   32115-2491

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| JANE DOE | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 6:10-cv-825-ORL-22DAB |
| NATHANIEL FRY, et al | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  365billing.com
Moniker Privacy Services
c/o Registered Agent Solutions, Inc.
155 Office Plaza Drive, Suite A
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kathryn D. Weston, Esq.
Cobb Cole
150 Magnolia Ave.
Daytona Beach, FL. 32114
386-323-9267

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHERYL L. LOESCH
*CLERK OF COURT*

Date: 5/24/10

*Signature of Clerk or Deputy Clerk*

SERVED THIS 2 DAY OF June
20 10 AT 8:55 A.M. / P.M.
LARRY CAMPBELL, SHERIFF OF LEON COUNTY, FL
BY _____ BS