## RETURN OF SERVICE

PERSON TO BE SERVED:                                    RECEIPT NUMBER: 0003995-10

REGISTERED AGENT SOLUTIONS, INC.
EXPOSEDXGFS.COM - MONIKER PRIVACY SERVICES
155 OFFICE PLAZA DR SUITE A

PLAINTIFF: JANE DOE
DEFENDANT: NATHANIEL FRY, ET AL
TYPE WRIT: SUMMONS
   COURT: US DISTRICT                        COURT DATE:
   CASE #: 10-825                             COURT TIME:

Received the above-named writ on June 1, 2010, at 9:52 AM, and
SERVED / NONSERVED  the same on the _____ day of _____ ,
20___ , at _____ AM / PM , in LEON County, Florida, as follows:

_____  GOVERNMENTAL AGENCY / OFFICIAL / ASSOCIATION / CORPORATION
By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed

thereon by me to _____

as _____ of the within named Defendant

to-wit:  EXPOSEDXGFS.COM - MONIKER PRIVACY SERVICES

_____  NOT FOUND
By returning said writ unserved for the reason that after due
diligence to locate, the named person to-wit: _____
could not be found in LEON County, Florida.

_____

_____

SERVICE COST: $40.00                              LARRY CAMPBELL, SHERIFF
RM, CIVIL CLERK                                   LEON COUNTY, FLORIDA

   MAIL TO:                          BY: _____

                                    [ ]DEPUTY SHERIFF   [ /]PROCESS SERVER

   COBB & COLE

   PO BOX 2491                                       CAREY, V
   DAYTONA BEACH,  FL   32115-2491

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| JANE DOE | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| NATHANIEL FRY, et al | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.  6:10 cv-825-OR-22PAB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Exposedxgfs.com
Moniker Privacy Services
c/o Registered Agent Solutions, Inc.
155 Office Plaza Drive, Suite A
Tallahassee, FL 32301


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kathryn D. Weston, Esq.
Cobb Cole
150 Magnolia Ave.
Daytona Beach, FL. 32114
386-323-9267


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHERYL L. LOESCH

*CLERK OF COURT*

Date: 5/24/10

_____
*Signature of Clerk or Deputy Clerk*

SERVED THIS _____ DAY OF June
20 10 AT _____ A.M. _____ P.M.
LARRY CAMPBELL, SHERIFF OF LEON COUNTY, FL
BY _____ BS