| RETURN OF SERVICE |
|---|

PERSON TO BE SERVED:                                    RECEIPT NUMBER: 0003997-10

 REGISTERED AGENT SOLUTIONS, INC.
 JETTIS.COM - MONIKER PRIVACY SERVICES
 155 OFFICE PLAZA DR SUITE A

PLAINTIFF: JANE DOE
DEFENDANT: NATHANIEL FRY, ET AL
TYPE WRIT: SUMMONS
  COURT: US DISTRICT     COURT DATE:
  CASE #: 10-825       COURT TIME:

Received the above-named writ on June 1, 2010, at 9:56 AM, and
SERVED / NONSERVED the same on the _____ day of _____ ,
20____, at _____ AM / PM , in LEON County, Florida, as follows:

_____  GOVERNMENTAL AGENCY / OFFICIAL / ASSOCIATION / CORPORATION
 By delivering a true copy of this writ together with a copy of the
 initial pleadings, if any, with the date and hour of service endorsed
 thereon by me to _____
 as _____ of the within named Defendant
 to-wit: JETTIS.COM - MONIKER PRIVACY SERVICES

_____  NOT FOUND
 By returning said writ unserved for the reason that after due
 diligence to locate, the named person to-wit: _____
 could not be found in LEON County, Florida.

SERVICE COST: $40.00                            LARRY CAMPBELL, SHERIFF
RM, CIVIL CLERK                                 LEON COUNTY, FLORIDA

 MAIL TO:                                 BY: _____

            [ ]DEPUTY SHERIFF  [ ]PROCESS SERVER
 COBB & COLE

 PO BOX 2491
 DAYTONA BEACH,  FL   32115-2491                       CAREY, V

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| JANE DOE | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 6:10-cv-825-ORL-22DAB |
| NATHANIEL FRY, et al | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Jettis.com
Moniker Privacy Services
c/o Registered Agent Solutions, Inc.
155 Office Plaza Drive, Suite A
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kathryn D. Weston, Esq.
Cobb Cole
150 Magnolia Ave.
Daytona Beach, FL. 32114
386-323-9267

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHERYL L. LOESCH
_CLERK OF COURT_

Date: 5/24/10

_____
_Signature of Clerk or Deputy Clerk_

SERVED THIS ___ DAY OF June
20__ AT 8:55 A.M. P.M.
LARRY CAMPBELL, SHERIFF OF LEON COUNTY, FL
BY_____ BS