

## RETURN OF SERVICE

00498820/cm

| | | |
|---|---|---|
| STATE OF WASHINGTON | ) | |
| | ) ss. | |
| COUNTY OF KING | ) | |

JANE DOE,
        Plaintiff,

vs.

NATHANIEL FRY; et al,
        Defendants.

CAUSE NO. 6:10-CV-825-ORI-22DAB UNITED STATES DISTRICT COURT

PROCESS: SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL (INJUNCTIVE RELIEF SOUGHT), EXHIBIT A; ORDER ON MOTION FOR PROTECTIVE ORDER

DATE RECEIVED: 6/1/2010
DATE SERVED: 6/8/2010 @ 3:10 PM
DATE OF RETURN: 6/10/2010
NAMED PARTY: SEGPAY.COM c/o WHOIS PRIVACY PROTECTION SERVICE, INC.

I, P THIRY, BEING FIRST DULY SWORN, UPON OATH, DEPOSE AND STATE THAT I AM A CITIZEN OF THE UNITED STATES, A CITIZEN AND RESIDENT OF THE STATE OF WASHINGTON, OVER THE AGE OF EIGHTEEN YEARS, NOT A PARTY TO, NOR INTERESTED IN ANY WAY IN THIS ACTION, AM COMPETENT TO BE A WITNESS THEREIN. I AM A DULY APPOINTED, QUALIFIED DEPUTY SHERIFF OF THE KING COUNTY SHERIFF'S OFFICE, KING COUNTY, STATE OF WASHINGTON, AND WAS SUCH DEPUTY SHERIFF AT ALL TIMES HEREIN MENTIONED. UNDER THE STATUTES OF THE STATE OF WASHINGTON, A DEPUTY SHERIFF POSSESSES THE POWER TO PERFORM CERTAIN DUTIES PRESCRIBED BY LAW TO BE PERFORMED BY THE SHERIFF, INCLUDING SERVING OR EXECUTING ACCORDING TO LAW ALL PROCESS, WRITS, PRECEPTS, AND ORDERS ISSUED OR MADE BY LAWFUL AUTHORITY AND TO HIM DIRECTED.

I RECEIVED THE ABOVE NAMED PROCESS AND I SERVED A TRUE COPY OF SAID PROCESS UPON THE NAMED PARTY, SEGPAY.COM, c/o WHOIS PRIVACY PROTECTION SERVICE, INC., BY DELIVERING SUCH TRUE COPY PERSONALLY, AND IN PERSON, TO YONG WON, WHO IS THE SON OF THE OWNER OF THE UPS STORE AND THE MANAGER ON DUTY, WHO VERIFIED THAT PMB 368 IS A CURRENT LEGAL MAIL BOX FOR WHOIS PRIVACY PROTECTION SERVICE, INC., AND HE IMMEDIATELY PLACED SAID COPIES INTO PMB 368 IN MY PRESENCE ON THE DATE ABOVE SPECIFIED, AT 14150 NE 20TH STREET, F1, PMB 368, BELLEVUE, WA 98007 IN SAID KING COUNTY, WHICH IS VALID SERVICE PER 113 WN.APP.450 (2002).

SHERIFF SUSAN L. RAHR
KING COUNTY SHERIFF'S OFFICE

BY _____
P THIRY
KING COUNTY DEPUTY SHERIFF
516 Third Ave, Room W-150
Seattle, WA 98104

SHERIFF'S FEES

| | |
|---|---|
| Service Fee | 15.00 |
| Return of Service | 10.00 |
| Mileage | 12.00 |
| Notary Fee | 10.00 |
| Total | $47.00 |

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 10th DAY OF June, 2010

E. Colleen Miller
E. Colleen Miller
NOTARY PUBLIC IN AND FOR THE STATE
OF WASHINGTON RESIDING IN SEATTLE
MY COMMISSION EXPIRES 06-20-2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

JANE DOE )
)
Plaintiff )
v. ) Civil Action No. 6:10-cv-825-ORL-22DAB
NATHANIEL FRY, et al )
)
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Segpay.com
c/o Whois Privacy Protection Service, Inc.
PMB 368, 14150 NE 20th St - F1
Bellevue, WA 98007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kathryn D. Weston, Esq.
Cobb Cole
150 Magnolia Ave.
Daytona Beach, FL. 32114
386-323-9267

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHERYL L. LOESCH
CLERK OF COURT

Date: 5/24/10

*Signature of Clerk or Deputy Clerk*