UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE,

        Plaintiff,

v.                                   Case No. 6:10-cv-825-Orl-22DAB

NATHANIEL FRY; KINKYGFS.COM
and NARJOA, LTD., a foreign corporation;
EXPOSEDEXGFS.COM and DOMAINS
BY PROXY, INC., a foreign corporation;
SEGPAY.COM and WHOISGUARD
PROTECTED, INC., a foreign corporation;
WHOIS PRIVACY PROTECTION
SERVICE, INC., a foreign Corporation, and
SICKBUCKS.COM; NETBILLING.COM,
a California corporation, and MONIKER
PRIVACY SERVICES, INC., a Florida
corporation; and JETTIS.COM and
365BILLING.COM; and John Does 1-500,
individuals unknown

                                         /

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order on Interested Persons And Corporate Disclosure Statement:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

        a.    Kathryn D. Weston                            Co-counsel for Plaintiff
              Cobb Cole

        b.    Heather Bond Vargas                         Co-counsel for Plaintiff
              Cobb Cole

| | | |
|---|---|---|
| c. | Cobb Cole, P.A. Plaintiff | Co-counsel for |
| d. | Marc J. Randazza Plaintiff | Co-counsel for |
| e. | Randazza Legal Group | Co-counsel for Plaintiff |
| f. | Jane Doe | Plaintiff |
| g. | Nathaniel Fry | Defendant |
| h. | Narjoa, Ltd. | Defendant |
| i. | Domains by Proxy, Inc. | Defendant |
| j. | Whoisguard Protected, Inc. | Defendant |
| k. | Whois Privacy Protection Service, Inc. | Defendant |
| l. | Moniker Privacy Services, Inc. | Defendant |
| m. | John Does 1-500, individuals unknown | Defendants |

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if not creditors' committee the 20 largest unsecured creditors):

None known

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Jane Doe                                        Plaintiff

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing in learning of any such conflict.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.



Date: June 17, 2010

By: /s/ Kathryn D. Weston
KATHRYN D. WESTON
FLA. BAR NO. 0897701
HEATHER BOND VARGAS
FLA. BAR NO. 230900
150 Magnolia Avenue
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone: (386) 255-8171
Facsimile: (386) 248-0323
CO-COUNSEL FOR PLAINTIFF

MARC J. RANDAZZA
FLA. BAR NO. 625566
302 Washington Street, Suite 321
San Diego, CA 92103
Telephone: (619) 866-5975
Facsimile: (619) 866-5976
CO-COUNSEL FOR PLAINTIFF