UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE,

        Plaintiff,

v.                                               Case No. 6:10-cv-825-Orl-22DAB

NATHANIEL FRY; NARJOA, LTD., a foreign
Corporation, and KINKYGFS.COM;
MONIKER PRIVACY SERVICES, INC., a
Florida corporation, and EXPOSEDEXGFS.COM;
WHOISGUARD PROTECTED, INC., a
foreign corporation, and SEGPAY.COM;
WHOIS PRIVACY PROTECTION
SERVICE, INC., a foreign Corporation, and
SICKBUCKS.COM; NETBILLING.COM,
a California corporation; MONIKER PRIVACY
SERVICES, INC., a Florida corporation, and
JETTIS.COM; MONIKER PRIVACY
SERVICES, INC., a Florida corporation, and
365BILLING.COM; and John Does 1-500,
individuals unknown,

        Defendants.
_____/

## NOTICE OF DISMISSAL

Plaintiff, JANE DOE, hereby gives notice of the dismissal without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(i), <u>only</u> of defendants, NARJOA, LTD., a foreign Corporation, and <KINKYGFS.COM>; WHOISGUARD PROTECTED, INC., a foreign corporation, and <SEGPAY.COM>; WHOIS PRIVACY PROTECTION SERVICE, INC., a foreign Corporation, and <SICKBUCKS.COM>; <NETBILLING.COM>, a California corporation; MONIKER PRIVACY SERVICES, INC., a Florida corporation, and <JETTIS.COM>; MONIKER PRIVACY SERVICES, INC., a Florida corporation, and <365BILLING.COM>.



Date:  June 22, 2010

By:  /s/ Kathryn D. Weston
KATHRYN D. WESTON
FLA. BAR NO. 0897701
HEATHER BOND VARGAS
FLA. BAR NO. 230900
150 Magnolia Avenue
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone: (386) 255-8171
Facsimile:  (386) 248-0323
TRIAL COUNSEL FOR PLAINTIFF

MARC J. RANDAZZA
FLA. BAR NO. 625566
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
Telephone: (619) 209-7767
Facsimile:  (305) 437-7662
CO-COUNSEL FOR PLAINTIFF