UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE,

      Plaintiff,

v.                                      Case No. 6:10-cv-825-Orl-22DAB

NATHANIEL FRY; ANDREJ MRAZ,
An individual of unknown residence; P. WAWER,
An individual of unknown residence; EMANUEL
COMSA, An individual of unknown residence;
WIRED WEB ENTERTAINMENT LLC;
CHRISTOPHER BREWER, An individual of
unknown residence; NIKOLA KVESIC, An
individual of unknown residence; <TENDERGFS.COM>
and its unknown owner; <FUCKABLEGFS.COM>
and its unknown owner; <BOOBYTWISTER.COM>
and its unknown owner; and John Does 1-500,
individuals unknown;

      Defendants
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND DISMISSAL AS TO DEFENDANTS,
THE UNKNOWN OWNERS OF TENDERGFS.COM and FUCKABLESGFS.COM**

      Plaintiff hereby notifies the Court pursuant to Middle District Local Rule 3.08(a) and

Fed.R.Civ.P. 41(a)(1)(A)(i) that a confidential settlement has been reached and of the dismissal

without prejudice of this lawsuit ONLY as to the following defendants:

              the unknown owner of TENDERGFS.COM, and

              the unknown owner of FUCKABLEGFS.COM.



By: /s/ Kathryn D. Weston
KATHRYN D. WESTON
FLA. BAR NO. 0897701
HEATHER BOND VARGAS
FLA. BAR NO. 230900
150 Magnolia Avenue
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone: (386) 255-8171
Facsimile: (386) 248-0323
TRIAL COUNSEL FOR PLAINTIFF

RANDAZZA LEGAL GROUP

MARC J. RANDAZZA
FLA. BAR NO. 625566
P.O. Box 5516
Gloucester, MA 01930
888-667-1113
305-437-7662 (fax)
mjr@randazza.com
CO-COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 17, 2011, a copy of the foregoing has been filed with the Clerk of the Court, via the CM/ECF system, which will provide electronic notification of the filing to the following counsel of record:

Douglas W. Sprinkle, Esq.
Ernest I. Gifford, Esq.
Gifford, Krass, Sprinkle, Anderson & Citowski, P.C.
PO Box 7021
Troy, MI 48007-7021

Alan M. Oravec, P.A.
2042 Bee Ridge Road
Sarasota, FL 34239

                                                                 s/ *Kathryn D. Weston*
                                                                              Attorney