IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE,

    Plaintiff,

v.                                      Case No. 6:10-cv-825-ACC-DAB

NATHANIEL FRY; ANDREJ MRAZ,
An individual of unknown residence; P. WAWER,
An individual of unknown residence; EMANUEL
COMSA, An individual of unknown residence;
WIRED WEB ENTERTAINMENT LLC;
CHRISTOPHER BREWER, An individual of
unknown residence; NIKOLA KVESIC, An
individual of unknown residence; PAUN RAZVAN
An individual of unknown residence;
<BOOBYTWISTER.COM> and its unknown
owner; <JUNKIEPORN.NET> and its unknown
owner; <STEADYOFFLOAD.COM> and
its unknown owner; and John Does 1-500,
individuals unknown;

    Defendants
_____/

## CONSENT JUDGMENT

Plaintiff, JANE DOE ("Doe" or "Plaintiff"), an individual who is a resident and citizen of Seminole County, Florida, and Defendant EMANUEL COMSA ("Comsa"), an individual who is a resident and citizen of Romania, consent and agree to this judgment to fully resolve all disputes between them with respect to Counts VII and XI of the above-referenced action. By consent, Doe and Comsa agree to the following findings of fact, conclusions of law, and judgment.

I.

**JURISDICTION**

1. This Court has jurisdiction of the subject matter of this action and over each of the parties involved.

II.

**BACKGROUND**

2. Plaintiff's remaining claims against Comsa in this action are for unauthorized publication of her likeness in violation of Section 540.08, Florida Statutes, arising from Comsa's publication on <GIRLGAZE.COM> of images depicting Plaintiff.

3. With respect to the remaining claims against Comsa, this is a diversity action for damages in excess of seventy-five thousand U.S. dollars (US$75,000.00) between a citizen of Florida and a citizen of a foreign state. This Court has subject matter jurisdiction over the remaining claims against Comsa pursuant to 28 U.S.C. § 1332(a)(2).

4. Venue is proper in this Judicial District and Division pursuant to 28 U.S.C § 1391(a)(2) as substantial part of the events giving rise to the claim occurred in the Middle District of Florida, and all injuries were suffered in this Judicial District.

III.

**PARTIES**

5. Doe is an individual who is a resident and citizen of Seminole County, Florida.

6. Comsa is an individual who is a resident and citizen of Romania.

## IV.

### Unauthorized Publication of Likeness in Violation of Section 540.08, Florida Statutes

7. Section 540.08, Florida Statutes, establishes a civil cause of action for the offense of unauthorized publication of name or likeness where a party:

> (1) . . . publish[es], print[s], display[s] or otherwise publicly use[s] for purposes of trade or for any commercial or advertising purpose the name, portrait, photograph, or other likeness of any natural person without the express written or oral consent to such use given by:
> (a) Such person; or
> (b) Any other person, firm or corporation authorized in writing by such person to license the commercial use of her or his name or likeness; or
> (c) If such person is deceased, any person, firm or corporation authorized in writing to license the commercial use of her or his name or likeness, or if no person, firm or corporation is so authorized, then by any one from among a class composed of her or his surviving spouse and surviving children.

8. Comsa has, without Doe's consent, used images of Doe on his website. Doe has not given her consent to any other person, firm or corporation to license the commercial use of her likeness.

9. Comsa gained a pecuniary benefit from the unauthorized use of Doe's images and likeness, using them to advertise his business and to promote his services, all in violation of Doe's rights under Section 540.08, Florida Satutes.

10. By his unauthorized use of Doe's image and likeness to advertise his business and to promote his services, Comsa invaded Doe's rights of privacy.

11. As a direct and proximate result of the conduct by Comsa, Doe has suffered injuries including, but not limited to, humiliation, embarrassment, pain and suffering, severe emotional distress and damage to her personal and professional reputation.

12. In addition to compensation for injuries, Doe is entitled to recover an amount that would have constituted a reasonable royalty for Comsa's use of Doe's images and likeness.

## V.

## **JUDGMENT**

13. It is therefore ORDERED, ADJUDGED, and DECREED that Comsa should be and hereby is permanently enjoined from further possession, use, sale, advertisement, distribution, transportation, reproduction, or any other action involving images of Doe. The Court shall retain jurisdiction over this action with respect to Comsa for the limited purpose of enforcing this injunction.

14. It is further ORDERED, ADJUDGED, and DECREED that Comsa has incurred liability for damages of seventy-five thousand U.S. dollars (US$75,000.00).

Signed this ____ day of _____, 20___.

_____
United States District Court Judge

IN WITNESS WHEREOF, the parties hereto have affixed their respective authorized signatures and the dates of said affixation.

_____          Date: February 01, 2011
Emanuel Comsa

_____          Date: February 9, 2011
Print: Jason A. Fischer
Authorized Representative of Jane Doe