IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE,

       Plaintiff,

v.                                 Case No. 6:10-cv-825-ACC-DAB

NATHANIEL FRY; ANDREJ MRAZ,
An individual of unknown residence; P. WAWER,
An individual of unknown residence; EMANUEL
COMSA, An individual of unknown residence;
WIRED WEB ENTERTAINMENT LLC;
CHRISTOPHER BREWER, An individual of
unknown residence; NIKOLA KVESIC, An
individual of unknown residence; PAUN RAZVAN
An individual of unknown residence;
<BOOBYTWISTER.COM> and its unknown
owner; <JUNKIEPORN.NET> and its unknown
owner; <STEADYOFFLOAD.COM> and
its unknown owner; and John Does 1-500,
individuals unknown;

       Defendants

_____/

## NOTICE OF VOLUNTARY PARTIAL DISMISSAL
## PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff JANE DOE

and her counsel hereby give notice that Counts IV, V, VI, VIII, IX, and X of the above-

captioned action are voluntarily dismissed, without prejudice, against the defendant

EMANUEL COMSA.

COBB
COLE
since 1925

Date: February 9, 2011

By: _____
KATHRYN D. WESTON

FLA. BAR NO. 0897701
HEATHER BOND VARGAS
FLA. BAR NO. 230900
150 Magnolia Avenue
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone:  (386) 255-8171
Facsimile:  (386) 248-0323
TRIAL COUNSEL FOR PLAINTIFF

**RANDAZZA**  LEGAL GROUP

MARC J. RANDAZZA
FLA. BAR NO. 625566
JASON A. FISCHER
FLA. BAR NO. 68762
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
Telephone:  (888) 667-1113
Facsimile:  (305) 437-7662
CO-COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February __9__, 2011, a copy of the foregoing has been

filed with the Clerk of Court, via the CM/ECF system, which will provide electronic

notification of the filing to the following counsel of record:

Ernest I. Gifford, Esq.
Gifford, Krass, Sprinkle, Anderson & Citowski, P.C.
PO Box 7021
Troy, MI 48007-7021

Alan M. Oravec, P.A.
2042 Bee Ridge Road
Sarasota, FL 34239

_____