UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE,

    Plaintiff

v.

NATHANIEL FRY; ANDREJ MRAZ,
An individual of unknown residence;
P. WAWER, an Individual of
unknown residence; EMANUEL COMSA,
an individual of unknown residence;
WIRED WEB ENTERTAINMENT LLC;
CHRISTOPHER BREWER, an individual of
unknown residence; NIKOLA KVESIC, an
individual of unknown residence;
<TENDERGFS.COM> and its unknown
owner; <FUCKABLEGFS.COM> and its
unknown owner;
<BOOBYTWISTER.COM>
and its unknown owner; and John does 1-
500,
individuals unknown;

    Defendant(s)

Civil Action No. 6:10-cv-00825-ACC-DAB

_____/

## DEFENDANT NIKOLA KVESIC'S MOTION FOR ORDER QUASHING SERVICE OF PROCESS

Defendant, Nikola Kvesic (hereinafter Defendant Kvesic) moves the Court for an Order Quashing Service of Process, and as grounds will show as follows:

1. At all pertinent times, Defendant Kvesic was and is a resident and citizen of Canada. (See Affidavit of Defendant Kvesic attached hereto in support).

2. According to a "Proof Of Service" filed in this action, (a copy of which is attached hereto as Exhibit A), on January 11, 2011, Plaintiff attempted to serve original process, being a summons and complaint on Defendant Kvesic at "50 Strathaven

Drive # 63, Mississauga, Ontario, L5R4E7." (It is not shown on either the summons or "Proof Of Service" whether the pleading attempted to be served was the originally filed complaint, or first amended complaint. It is also not shown that the address is in Ontario, Canada; however, given the postal code that is shown, that it may be inferred that it was in Canada).

3. Pursuant to the "Proof Of Service," the attempt was made by leaving "the summons at the individual's residence or usual place of abode with…a female person who refuse (sic) to give her name, a person of suitable age and discretion who resides there, on…January 11, 2011, and mailed a copy to the individual's last known address."

4. The "female person" referred to in the "Proof Of Service" is the mother of Defendant Kvesic, who resides at that address. (See Affidavit of Petromila Bilas attached hereto in support). However, also as set forth in the Affidavits of Petromila Bilas and Nikolas Kvesic, the address at which service was attempted was not the address of Defendant Kvesic, and had not been so for some months.

5. For the reasons as set forth in the Brief filed in support and incorporated herein by reference, the attempted service described above should be quashed for failing to comply with the law.

Wherefore Defendant Kvesic moves the Court for an order quashing the service of process attempted on January 11, 2011.

## CERTIFICATE OF SERVICE

I CERTIFY that on March 11, 2011, I filed the foregoing document with the Clerk of the Court, via the ECF system, which will provide electronic notification of the filing to the following counsel of record:

Heather Vargas
Kathryn Weston
Cobb Cole
150 Magnolia Avenue
P.O. Box 2491
Daytona Beach, FL 32115-2491

Marc Randazza
3969 Fourth Avenue
Suite # 204
San Diego, CA 92103

Douglas W. Sprinkle
Gifford, Krass, Sprinkle,
Anderson & Citkowski PC
2701 Troy Center Drive, Ste. 330
Troy, MI 48007

ALAN M. ORAVEC, P.A.
2042 Bee Ridge Road
Sarasota, FL 34239
Telephone: (941) 922-9339
Telecopier: (941) 922-3399
**Attorneys for** Wired Web Entertainment LLC;

By: _____
Alan M. Oravec
Florida Bar No. 0336947

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE,

        Plaintiff

v.

NATHANIEL FRY; ANDREJ MRAZ,
An individual of unknown residence;
P. WAWER, an Individual of
unknown residence; EMANUEL COMSA,
an individual of unknown residence;
WIRED WEB ENTERTAINMENT LLC;
CHRISTOPHER BREWER, an individual of
unknown residence; NIKOLA KVESIC, an
individual of unknown residence;
<TENDERGFS.COM> and its unknown
owner; <FUCKABLEGFS.COM> and its
unknown owner;
<BOOBYTWISTER.COM>
and its unknown owner; and John does 1-
500,
individuals unknown;

        Defendant(s)

Civil Action No. 6:10-cv-825-Orl

## AFFIDAVIT OF NIKOLA KVESIC

1. I am over the age of 18 and have personal knowledge of the matters set forth herein.

2. I moved to Canada from Croatia in 1995. I am a Canadian citizen and have never lived in the United States.

3. At no time on January 11, 2011, or for many months preceding, did I reside at 50 Strathaven Drive # 63 Mississauga, Ontario Canada L5R4E7.

4. The aforementioned address is the residence of my parents; and, at the time of attempted service, they were not my legal guardian.

5. At no time have I either been personally served with a summons and complaint in this action, nor has same been mailed to me.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Nikola Kvesic

SWORN TO and subscribed before me by NIKOLA KVESIC ~~who is personally known to me~~ [or who produced a driver's license as identification] and who ## K9543-59208-4037 took an oath, on this 9th day of March, 2011.

_____
Notary Public

KEITH D. NELSON
~~Lawyer & Notary Public~~
~~Ste. 205-243 North Service Rd. W.~~
Oakville, Ontario L6M 3E5

My commission does not expire

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE,

    Plaintiff

v.

NATHANIEL FRY; ANDREJ MRAZ,
An individual of unknown residence;
P. WAWER, an Individual of
unknown residence; EMANUEL COMSA,
an individual of unknown residence;
WIRED WEB ENTERTAINMENT LLC;
CHRISTOPHER BREWER, an individual of
unknown residence; NIKOLA KVESIC, an
individual of unknown residence;
&lt;TENDERGFS.COM&gt; and its unknown
owner; &lt;FUCKABLEGFS.COM&gt; and its
unknown owner;
&lt;BOOBYTWISTER.COM&gt;
and its unknown owner; and John does 1-
500,
individuals unknown;

    Defendant(s)

Civil Action No. 6:10-cv-825-Orl

## AFFIDAVIT OF PETROMILA BILAS

1. I am over the age of 18 and have personal knowledge of the matters set forth herein.

2. At the present time and at all times described herein, I reside and resided at 50 Strathaven Drive # 63 Mississauga, Ontario Canada L5R467.

3. Nikola Kvesic is my son, over the age of 18, who does not and has not resided at my address for months.

4. On January 11, 2011, a man came to my above-described residence and stated he had a "letter" for Nikola Kvesic.

5. I advised the man that Nikola Kvesic was not there and he left, without saying anything further.

6. Later, my husband was leaving through the door of the aforementioned address and found an envelope next to the door.

FURTHER AFFIANT SAYETH NAUGHT.

_____Petromila Bilas_____
Petromila Bilas

SWORN TO and subscribed before me by _Ms. Petromila Bilas_ who is ~~personally known to me~~ [or who produced a ~~driver's license~~ CITIZENSHIP CARD as identification] and who took an oath, on this __28__ day of __January__, 2011.

_____  Jan 28, 2011
Notary Public

USHA VASUDEVAN
Print Name of Notary
My commission does not expire.



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Nicola Kvesic__

was received by me on *(date)* __January 11, 2011__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __a female person who refuse to give her name__, a person of suitable age and discretion who resides there, on *(date)* __January 11, 2011__, and mailed a copy to the individual's last known address; or __at 50 Strathaven Drive, #63, Mississauga, Ontario, L5R 4E7__

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __January 12, 2011__               _____*Clarke*_____
                                          Server's signature

__Cecil M. Clarke, Process Server__
Printed name and title

__365 Evans Avenue, #604, Toronto, Ontario__
Server's address

Additional information regarding attempted service, etc:



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

JANE DOE

*Plaintiff*

v.

NATHANIEL FRY, et al

*Defendant*

Civil Action No. 6:10-CV-825-ORL-22-DAB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nikola Kvesic
Address unknown

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kathryn D. Weston, Esq.
Cobb Cole
150 Magnolia Ave.
Daytona Beach, FL. 32114
386-323-9267

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT SHERYL L. LOESCH

Date: 8/27/10

*Signature of Clerk or Deputy Clerk*