UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE,

    Plaintiff

v.                                      Civil Action No. 6:10-cv-825-Orl

NATHANIEL FRY; ANDREJ MRAZ,
An individual of unknown residence;
P. WAWER, an Individual of
unknown residence; EMANUEL COMSA,
an individual of unknown residence;
WIRED WEB ENTERTAINMENT LLC;
CHRISTOPHER BREWER, an individual of
unknown residence; NIKOLA KVESIC, an
individual of unknown residence;
<TENDERGFS.COM> and its unknown
owner; <FUCKABLEGFS.COM> and its
unknown owner; <BOOBYTWISTER.COM>
and its unknown owner; and John does 1-500,
individuals unknown;

    Defendant(s)
_____/

## DEFENDANT'S, NIKOLA KVESIC'S LIMITED PURPOSE MOTION FOR RELIEF FROM ORDER

Defendant, Nikola Kvesic, moves the Court for the limited purpose of relief from order, and as grounds will show as follows:

1. On March 25, 2011, the Court entered an order. (Doc Number 79).

2. Among other things, the Order requires counsel for Defendants, Wired Web, Chris Brewer, and Nikola Kvesic to conduct an in person meeting at a case management conference to be conducted by April 18, 2011.

3. Although Defendant, Wired Web, is "properly" before the Court-personal jurisdiction having been conferred by proper service of process- personal jurisdiction over

Defendant, Nikola Kvesic is problematic. The reason why jurisdiction over Defendant Nikola Kvesic is problematic is because, on March 11, 2011, Defendant Nikola Kvesic filed a Motion for Order Quashing Service of Process. (Doc Number 76)

4. Plaintiff filed a response and Defendant filed a Motion for Leave to file a reply. As a result, the Court has not yet disposed of Defendant, Nikola Kvesic's Motion for Order Quashing Service of Process.

5. For the reasons set forth in the brief incorporated herein by reference, this Court should grant Defendant, Nikola Kvesic relief from the Order requiring counsel to attend in person a case management conference by April 18, 2011, until such time the Court has ruled on the jurisdictional motion.

## CERTIFICATE OF SERVICE

I CERTIFY that on April 5, 2011, I filed the foregoing document with the Clerk of the Court, via the ECF system, which will provide electronic notification of the filing to the following counsel of record

Heather Vargas
Kathryn Weston
Cobb Cole
150 Magnolia Avenue
P.O. Box 2491
Daytona Beach, FL 32115-2491

Marc Randazza
3969 Fourth Ave
Suite 204
San Diego, Ca 92103

Douglas W. Sprinkle
Gifford, Krass, Sprinkle,
Anderson & Citkowski PC
2701 Troy Center Drive, Ste. 330
Troy, MI 48007

ALAN M. ORAVEC, P.A.
2042 Bee Ridge Road
Sarasota, FL 34239
Telephone: (941) 922-9339
Telecopier: (941) 922-3399
**Attorneys for** Nikola Kvesic;

By: _____
Alan M. Oravec
Florida Bar No. 0336947