**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JANE DOE,

Plaintiff,

-vs-   Case No. 6:10-cv-825-Orl-22DAB

NATHANIEL FRY, ANDREJ MRAZ; P. WAWER;
EMANUEL COMSA; WIRED WEB ENTERTAINMENT
LLC; CHRISTOPHER BREWER; NIKOLA KVESIC;
<TENDERGFS.COM>; <FUCKABLEGFS.COM>;
<BOOBYTWISTER.COM>; JOHN DOES 1-500,

Defendants.

| JUDGE | **David A. Baker** | DATE AND TIME | May 5, 2011 11:10-11:25 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | digital |
| COUNSEL/PLTF. | Kathtyn Weston Jason Fischer | COUNSEL/DEFT. | Alan Oravec |

**CLERK'S MINUTES**
SCHEDULING CONFERENCE

Case called, appearances taken
Procedural setting by Court
Plaintiff counsel Weston addresses case status and pending motions
Court comments
Defense responds
Parties discuss scheduling issues
Court to enter order to stay discovery