# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JANE DOE,**

                **Plaintiff,**

**-vs-**                                                                           **Case No. 6:10-cv-825-Orl-22DAB**

**NATHANIEL FRY, ANDREJ MRAZ; P. WAWER;
EMANUEL COMSA; WIRED WEB ENTERTAINMENT
LLC; CHRISTOPHER BREWER; NIKOLA KVESIC;
<TENDERGFS.COM>; <FUCKABLEGFS.COM>;
<BOOBYTWISTER.COM>; JOHN DOES 1-500,**

                **Defendants.**

_____

## ORDER

This cause came on for consideration with oral argument[1] on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR PROTECTIVE ORDER FOR RELIEF FROM THE CASE MANAGEMENT REPORT DEADLINES OR FOR LIMITED STAY OF DISCOVERY (Doc. No. 99)** |
| **FILED:** | May 3, 2011 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED** in part. | |
| **MOTION:** | **MOTION FOR PROTECTIVE ORDER FOR RELIEF FROM THE CASE MANAGEMENT REPORT DEADLINES OR FOR LIMITED STAY OF DISCOVERY (Doc. No. 101)** |
| **FILED:** | May 3, 2011 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED** in part. | |

---

[1] A case management and scheduling conference was held on May 5, 2011.

The parties will not be required to file a joint Case Management and Scheduling Order until the Court sets a new deadline for the report following the District Court's decision on the pending motions concerning personal jurisdiction. Discovery is stayed in the meantime.

**DONE** and **ORDERED** in Orlando, Florida on May 5, 2011.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties