UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE,

        Plaintiff,

-vs-                                        Case No. 6:10-cv-825-Orl-22DAB

NATHANIEL FRY, ANDREJ MRAZ; P. WAWER;
EMANUEL COMSA; WIRED WEB ENTERTAINMENT
LLC; CHRISTOPHER BREWER; NIKOLA KVESIC;
JOHN DOES 1-500, et al,

        Defendants.
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant

**ANDREJ MRAZ** in Orlando, Florida on this 7th day of June, 2011.


                                                                       SHERYL L. LOESCH, CLERK


                                                   By:    S/I. Cammarota, Deputy Clerk

Copies furnished to:

Counsel of Record