UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE,

        Plaintiff,

v.                                Case No. 6:10-cv-825-Orl-22DAB

NATHANIEL FRY; ANDREJ MRAZ,
An individual of unknown residence; P. WAWER,
An individual of unknown residence; EMANUEL
COMSA, An individual of unknown residence;
WIRED WEB ENTERTAINMENT LLC;
CHRISTOPHER BREWER, An individual of
unknown residence; NIKOLA KVESIC, An
individual of unknown residence; <TENDERGFS.COM>
and its unknown owner; <FUCKABLEGFS.COM>
and its unknown owner; EVGENY GAGUA; and
John Does 1-500, individuals unknown;

        Defendants
_____/

## PLAINTIFF'S AMENDED MOTION FOR ENTRY OF DEFAULT AND MEMORANDUM IN SUPPORT*

Plaintiff, JANE DOE, respectfully requests that the Clerk of the Court enter a default, pursuant to Fed. R. Civ. Proc., Rule 55(a), against Defendant, Evgeny Gagua ("Gagua").  In support of her Motion, Plaintiff states as follows:

### Introduction

This action involves the Defendants' production and distribution of child pornography. On April 1, 2007, Defendant NATHANIEL FRY produced child pornography depicting Plaintiff DOE.  After producing the child pornography, Fry publicly distributed the images, which widely proliferated on the Internet.  The images have now made their way to publication on multiple commercial pornography websites – many of which are co-defendants in this action.

* This motion is amended to correctly state in paragraphs 2 and 3 the name of the website that is owned and/or operated by Defendant, Evgeny Gagua.  Evgeny Gagua contacted the undersigned by e-mail to advise of and inquire about the misidentification of his website.  The Clerk of the Court has already entered a default against the proper party, Evgeny Gagua.

1.      Plaintiff filed her complaint on May 21, 2010 (Doc. 1), and subsequently filed an Amended Complaint on August 20, 2010 (Doc. 15) adding a number of additional defendants.

2.      On May 3, 2011, this Court entered an Order (Doc. No. 103) granting Plaintiff's Ex Parte Motion for Leave to Serve Defendants by E-mail (Doc. No. 67), including Evgeny Gagua, who would be named as the owner of Defendant <BOOBYTWISTER.COM>.

3.      On May 18, 2011, this Court entered an Order (Doc. 112) granting Plaintiff's motion to substitute Evgeny Gagua in place of "<BOOBYTWISTER.COM> and its unknown owner" as a Defendant in this matter.

4.      On May 24, 2011, Plaintiff served Gagua by e-mail at poocka@gmail.com pursuant to this Court's Order. (Doc. No. 116)

5.      Pursuant to Rule 12(a), Fed.R.Civ.P., Gagua's response to the Amended Complaint was due twenty-one (21) days from the date upon which the Summons and Amended Complaint were served upon him, or June 14, 2011.

6.      This deadline has passed without Gagua having filed a responsive pleading, requested an extension or time to respond or attempted to contact counsel for the Plaintiff.

7.      Accordingly, Plaintiff is entitled to an entry of default against Gagua.  See Fed. R. Civ. P. Rule 55(a).

## Memorandum of Law

Rule 55, Fed.R.Civ.P. provides, "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter a party's default."

WHEREFORE, Plaintiff respectfully requests the entry of a Clerk's Default against Gagua by the Clerk of this Court.



By:  /s/ Kathryn D. Weston
KATHRYN D. WESTON
FLA. BAR NO. 0897701
150 Magnolia Avenue
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone:  (386) 255-8171
Facsimile:  (386) 944-7967
TRIAL COUNSEL FOR PLAINTIFF

RANDAZZA LEGAL GROUP

MARC J. RANDAZZA
FLA. BAR NO. 625566
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
Telephone: (619) 209-7767
Facsimile:  (305) 437-7662
CO-COUNSEL FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2011, a copy of the foregoing has been filed with the Clerk of the Court, via the CM/ECF system, which will provide electronic notification of the filing to the following counsel of record:

Alan M. Oravec, P.A.
2042 Bee Ridge Road
Sarasota, FL 34239

and a copy has been furnished by e-mail, this same day, to the following:

Evgeny Gagua
poocka@gmail.com

/s/ Kathryn D. Weston
Attorney