**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JANE DOE,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-825-Orl-22DAB**

**NATHANIEL FRY, ANDREJ MRAZ; P. WAWER;**
**EMANUEL COMSA; WIRED WEB ENTERTAINMENT**
**LLC; CHRISTOPHER BREWER; NIKOLA KVESIC;**
**<TENDERGFS.COM>; <FUCKABLEGFS.COM>;**
**EVGENY GAGUA; JOHN DOES 1-500,**

        **Defendants.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **AMENDED MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST EVGENY GAGUA (Doc. No. 122)**
>
> **FILED:**   **June 23, 2011**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff filed her complaint on May 21, 2010 (Doc. 1), and subsequently filed an Amended Complaint on August 20, 2010 (Doc. 15). On May 3, 2011, the Court entered an Order (Doc. No. 103) granting Plaintiff's Ex Parte Motion for Leave to Serve Defendants by E-mail (Doc. No. 67), including Evgeny Gagua, who would be named as the owner of Defendant <BOOBYTWISTER.COM>. On May 18, 2011, this Court entered an Order (Doc. 112) granting

Plaintiff's motion to substitute Evgeny Gagua in place of "<BOOBYTWISTER.COM> and its unknown owner" as a Defendant in this matter. On May 24, 2011, Plaintiff served Gagua by e-mail at poocka@gmail.com pursuant to this Court's Order. Doc. No. 116. Pursuant to Rule 12(a), Fed.R.Civ.P., Gagua's response to the Amended Complaint was due twenty-one (21) days from the date upon which the Summons and Amended Complaint were served upon him, or June 14, 2011.

As of July 7, 2001, Gugua has not filed a responsive pleading or requested an extension or time to respond; thus, Plaintiff is entitled to a default in accordance with Federal Rule of Civil Procedure 55(a).

**DONE** and **ORDERED** in Orlando, Florida on July 7, 2011.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties