**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JANE DOE,

    Plaintiff,

v.                                              Case No. 6:10-cv-825-Orl-22DAB

NATHANIEL FRY, ANDREJ MRAZ; P. WAWER;
EMANUEL COMSA; WIRED WEB
ENTERTAINMENT LLC; CHRISTOPHER
BREWER; NIKOLA KVESIC;
<TENDERGFS.COM>; <FUCKABLEGFS.COM>;
EVGENY GAGUA; JOHN DOES 1-500,

    Defendants.

---

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

____ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

✓ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: 9/6/11

_____
Counsel of Record or Pro Se Party
[Address and Telephone]

ALAN M. ORAVEC, P.A.
2042 BEE RIDGE RD.
SARASOTA, FL 34239