# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JANE DOE,

      **Plaintiff,**

-vs-             **Case No.   6:10-cv-825-Orl-22DAB**

NATHANIEL FRY,   ANDREJ MRAZ,   P.
WAWER, WIRED WEB
ENTERTAINMENT   LLC,
CHRISTOPHER BREWER,   NIKOLA
KVESIC, and EVGENY GAGUA,

      **Defendants.**

_____

## ORDER

  This cause comes before the Court on Plaintiff Jane Doe's ("Plaintiff") Motion for Default Judgment (Doc. No. 114), filed May 23, 2011.

  After reviewing Plaintiff's Motion for Default Judgment and Plaintiff's First Amended Complaint and Demand for Jury Trial (Injunctive Relief Sought) (Doc. No. 15), the Court finds that Plaintiff has failed to demonstrate that she is entitled to the relief requested.   Specifically, regarding Plaintiff's recovery under Section 847.01357 of the *Florida Statutes* (2010), Plaintiff fails to identify which sexual abuse crime Defendant Nathanial Fry ("Defendant Fry") committed under chapters 794, 800, 827, or 847 of the *Florida Statutes* (2010).   Moreover, Plaintiff realleges paragraphs 1-129 of her First Amended Complaint in the count under which she seeks recovery pursuant to § 847.01357.   (Doc. No. 15 at ¶ 173).   By doing so, the Court has concern that Plaintiff

is seeking an impermissible double recovery of statutory damages under the *Florida Statutes* and the *United States Code*.

Regarding Plaintiff's recovery under Section 2255(a) of Title 18 of the *United States Code*, Plaintiff does not expressly identify in her motion for which violations she specifically is seeking recovery.   As well, Plaintiff realleges paragraphs 1-129 of her First Amended Complaint in every alleged federal violation by Defendant Fry.   (*See* Doc. No. 15 at ¶¶ 130-34, 135-39, 140-42).   This leads to confusion and concern about double recovery.

Based on the foregoing, it is **ORDERED** that Plaintiff's Motion for Default Judgment (Doc. No. 114), filed May 23, 2011, is **DENIED without prejudice** so Plaintiff may refile her Motion for Default Judgment, addressing the issues raised by this order.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 12, 2011.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party