**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JANE DOE,**

        **Plaintiff,**

-vs-                                                 **Case No. 6:10-cv-825-Orl-22DAB**

**NATHANIEL FRY, ANDREJ MRAZ,**
**P. WAWER, WIRED WEB**
**ENTERTAINMENT LLC,**
**CHRISTOPHER BREWER,**
**NIKOLA KVESIC, and**
**EVGENY GAGUA,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on the Notice of Partial Settlement and Stipulation to Dismiss Defendants Wired Web Entertainment LLC, Christopher Brewer, and Nikola Kvesic (Doc. No. 155), and upon a review of the docket. The Court notes that the settlement involves all the defendants who have appeared in this action.

Based on the foregoing, it is ordered as follows:

1.      This case is DISMISSED WITH PREJUDICE as to Defendants Wired Web Entertainment LLC, Christopher Brewer, and Nikola Kvesic. The Clerk is directed to terminate them as parties to this action and to remove the case from the August 2012 trial docket.

2.      On October 12, 2011 this Court denied the Plaintiff's Motions for Default Judgments as to the remaining Defendants with leave to refile the Motions addressing the issues

raised in the Court's Orders (Doc. Nos. 153 & 154).  As of the date of this Order Plaintiff has not refiled her Motions.  No later than January 25, 2012 Plaintiff shall show cause as to why this case should not be dismissed for lack of prosecution.  See, Local Rule 3.10.  Failure to respond to this Order as directed shall result in dismissal without further notice.

      **DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 5, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party