**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JANE DOE,**

       **Plaintiff,**

**V.**                                                       **Case No: 6:10-cv-825-Orl-22DAB**

**NATHANIEL FRY, ANDREJ MRAZ, P.**
**WAWER and EVGENY GAGUA,**

       **Defendants.**

## ORDER

This cause comes before the Court, *sua sponte*, regarding Plaintiff's failure to respond to the Court's April 9, 2012 Order to show cause why the Court should not dismiss Defendants Nathaniel Fry, Andrej Mraz, P. Wawer, and Evgeny Gagua. (Doc. No. 158).

In the Court's April 9, 2012 Order, it denied Plaintiff's Motion for Default Judgment against these Defendants because Plaintiff failed to allege the requisite elements of her causes of action. As a result, the Court ordered the Plaintiff to show cause by April 25, 2012 why the Court should not dismiss these Defendants as the Court could not enter a final default judgment against them. Plaintiff has failed to respond to the Court's order. In its April 9, 2012 Order, the Court forewarned the Plaintiff that a failure to respond to the order by April 25, 2012 would result in the Court dismissing these Defendants without further notice.

Therefore, based on the foregoing, it is **ORDERED** as follows:

    1. Defendants Nathaniel Fry, Andrej Mraz, P. Wawer, and Evgeny Gagua are **DISMISSED without prejudice**.

    2. The Clerk is **DIRECTED TO CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on April 26, 2012.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties